IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIANE ZELESNICK, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TEMPLE UNIVERSITY HEALTH | : | |
| SYSTEM, INC. d/b/a TEMPLE | : | |
| HEALTH SYSTEM *et al.*, | : | No. 19-5820 |
| *Defendants* | : | |

## ORDER

AND NOW, this __19th__ day of January, 2021, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 18), Plaintiff's Opposition thereto (Doc. No. 24 and Defendants' Reply in Support of Summary Judgment (Doc. No. 25), it is hereby **ORDERED** that Defendants' Motion for Summary Judgment (Doc. No. 18) is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Defendants' Motion is **GRANTED** as to Plaintiff's claims for Disability Discrimination and Failure to Accommodate under the ADA, PHRA, and PFPO.

2. Defendants' Motion is **GRANTED IN PART** as to Plaintiff's claim for FMLA Interference.

3. Defendants' Motion for Summary Judgment is **DENIED** in all other respects.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE